**Order entered July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00498-CV

## SHARON GAST, Appellant

### V.

## CRAIG TINSLEY, TIFFANY TINSLEY, CRAIG TINSLEY "TRUSTEE", 4308 SPRING HILL ESTATES "TRUST", CTT LAND TRUST, GAYLENE ROGERS LONERGAN, THE LONERGAN LAW FIRM PLLC, DHLC MORTGAGE LLC, ROBERT BARNEY, INDIVIDUALLY, CAPITOL TITLE OF TEXAS, LLC, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02870-2014**

## ORDER

Both the clerk's and the court reporter's records in this case are overdue. By letter dated June 16, 2015, we informed appellant that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal without further notice. By letter dated June 16, 2015, we informed appellant the Court Reporter had notified us that the reporter's record had not been filed because appellant had not (1)

requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellant to provide the Court with written verification she had requested the record and had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. On June 16, 2015, appellant provided the Court with a copy of her letter to the district court requesting a payment amount. And, on July 27, 2015, appellant filed a docketing statement indicating the reporter's record had been requested that day and that payment arrangements had been made.

Accordingly, this Court **ORDERS** the Collin County Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order. *We notify appellant that if we receive notification that she has not paid for or made arrangements to pay for the clerk's record, we will dismiss this appeal without further notice. See* TEX. R. APP. P. 37.3(b).

We **ORDER** Shawn Gant, Official Court Reporter for the 429th Judicial District Court to file the reporter's record within **THIRTY DAYS** of the date of this order. *We notify appellant that if we receive verification she has not requested, paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable Jill Willis
Presiding Judge
429th Judicial District Court

Andrea Stroh Thompson
Collin County District Clerk

All parties

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE
